UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

ANA L. CARRASCO

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-0768  (GHL)

Eric T. Swartz, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere as to count 3 of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Code.

**DATE OFFENSE CONCLUDED:** October 26, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $200.00 and special assessment of $5.00. Total of the fine and special assessment amounts to $205.00, payable no later than May 15, 2009. Defendant is further ordered to attend an anger management program and complete 5 hours of community service.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** counts 1 and 2 of the Information are dismissed on motion of the United States.

March 11, 2009
Date of Imposition of Sentence

March 13, 2009
DATE SIGNED

George H. Lowe
United States Magistrate Judge